UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                             Case No. 2:18-cr-30
                                                              HON. GORDON J. QUIST

David Allen Brunk,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 1, 2018, for an initial appearance and arraignment on the Indictment charging defendant with Assault of an Intimate Partner and Assault by Striking, Beating or Wounding. The government has filed a motion for detention and defense counsel requested a hearing indicating she could be ready in one week.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                           /s/ *Timothy P. Greeley*
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated: August 1, 2018