UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             Case No. 2:18-cr-30

v.                                      HONORABLE PAUL L. MALONEY

DAVID ALLEN BRUNK,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 46). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time as stipulated to by the parties.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count Two of the Indictment. Defendant will proceed to trial on Count One of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated: November 14, 2018                          /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                   United States District Judge