UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-30 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| DAVID ALLEN BRUNK, | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant David Allen Brunk appeared before the undersigned on December 3, 2020 for initial appearance on the Probation Petition for Offender Under Supervision. (ECF Nos. 65, 68.) Brunk was advised of his rights and the alleged violations, as required by Fed. R. Crim. P. 32.1. Assistant Federal Defender Elizabeth A. LaCosse was appointed to represent Brunk. Brunk requested hearing on the issue of detention.

This Court held a hearing on detention on December 9, 2020 by video conference with Defendant's consent.

Pursuant to Fed. R. Crim. P. 32.1(a)(6), Brunk has the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. The Court finds, for the reasons stated on the record, that Brunk has not made this showing. Accordingly, the Court orders Defendant Brunk detained pending resolution of the pending supervised release violations.

IT IS ORDERED.

Date:   December 9, 2020             /s/ Maarten Vermaat
                                     MAARTEN VERMAAT
                                     U.S. MAGISTRATE JUDGE