UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID ALLEN BRUNK,

        Defendant.

                                      /

Case No. 2:18-cr-30

Hon. Paul L. Maloney
U.S. District Judge

## **REPORT AND RECOMMENDATION**

On December 9, 2020, an Amended Petition for Warrant or Summons for Offender Under Supervision was filed alleging five violations of the defendant's conditions of supervised release. (ECF No. 75.)

On February 4, 2021, Defendant Bruck, through counsel, filed a waiver of his right to a preliminary hearing, appearance, allocution and sentencing before a District Judge. (ECF No. 88.)

On February 5, 2021, the parties appeared before the undersigned for a revocation hearing. Defendant confirmed that he waived his right to appear before a District Judge, his right to allocution before a District Judge, and his right to sentencing before a District Judge. Thereafter, Defendant admitted to violations one, two and five from the amended petition. For reasons stated on the record, it is recommended that the Court find Defendant did violate the conditions of supervised release as set forth in violations one, two and five of the amended petition and that the

attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date:  February 5, 2021              /s/ *Maarten Vermaat*
                                                   MAARTEN VERMAAT
                                                   UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. Mich. LCrR 11.1