UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALLEN BRUNK,

    Defendant.
_____/

Case No. 2:18-cr-30

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Maarten Vermaat in this action (ECF No. 90). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's admission of guilt is accepted and Defendant is adjudicated guilty of violations one, two, and five of the amended petition. A judgment shall issue.

Dated:  February 22, 2021

    /s/ Paul L. Maloney_____
Paul L. Maloney
United States District Judge