UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-30 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| DAVID ALLEN BRUNK, | |
| Defendant. | |

## ORDER OF DETENTION

Defendant David Allen Brunk appeared before the undersigned on April 4, 2023 for an initial appearance on a petition for violating conditions of his supervised release. Brunk was advised of his rights, the violations, and penalties.

Defendant reserved the issue of detention to research the case further.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.

Date: April 4, 2023

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE